## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**GERRY LAIRD**
**RANSOM-COOPER,**

  *Plaintiff,*

v.                                          Case No.: 4:21cv370-MW/MAF

**FLORIDA DEPARTMENT OF**
**INSURANCE, et al.,**

  *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order, and because Plaintiff is not entitled to proceed with in forma pauperis status." The

Clerk shall note on the docket that this dismissal is pursuant to 28 U.S.C. § 1915(g).

The Clerk shall close the file.

**SO ORDERED on November 22, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**